Argued January 16, affirmed March 1, 1978

In the Matter of the Marriage of
ROLSTON, *Respondent,*
*and*
ROLSTON, *Appellant.*
(No. 73-4436, CA 8762)
575 P2d 177

James H. Anderson, Eugene, argued the cause for appellant. With him on the brief was Thompson, Mumford and Anderson, Eugene.

Gary K. Jensen, P.C., Eugene, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, Lee, Richardson, and Joseph, Judges.

PER CURIAM.

Affirmed. *Sarty v. Forney,* 12 Or App 251, 506 P2d 535 (1973).